# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:14CR7-06 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LARRY SULLIVAN, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on August 9, 2018. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on September 7, 2018, wherein the defendant admitted to the following violation: Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on September 18, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on October 10, 2018. Defendant Larry Sullivan, Jr. was present and represented by Attorney Carlos Warner. The United States was represented by Assistant United States Attorney Peter Daly. United States Probation Officer Donald Stranathan was also present.

No objections were filed to the report and recommendation of the magistrate

judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

The Court continues the sentencing until November 26, 2018 at 12:00 p.m. to allow the defendant additional time to comply and cooperate with his substance abuse testing and treatment. Upon agreement, the Court modifies the conditions of defendant's supervised release to add the following condition: Cognitive Behavioral Program. Should the defendant test positive at any time prior to the sentencing hearing, the Court will proceed immediately to sentencing.

**IT IS SO ORDERED**.


Dated: October 10, 2018

                                             **HONORABLE SARA LIOI**
                                             **UNITED STATES DISTRICT JUDGE**