# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:14-cr-07-06 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LARRY L. SULLIVAN, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on July 16, 2020[1]. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on January 29, 2021. The defendant admitted to the following violation:

    1. New Law Violation/Conviction

The magistrate judge filed a report and recommendation on January 29, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in the superseding violation report.

A final supervised release violation hearing was conducted on April 6, 2021. Present were the following: Assistant United States Attorney Brendan O'Shea, representing the United States; Attorney Debra K. Migdal, representing the defendant;

---

[1] A Supplemental Information Report containing updated information was filed on Decemeber 7, 2020.

the defendant, Larry L. Sullivan, Jr.; and United States Probation Officer Don Stranathan.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in the superseding violation report.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 18 months, to run consecutively to the sentence in Summit County Common Pleas Court, case no. CR2020-08-2021. The Court recommends that the defendant attend anger management counseling and participate in trades programs offered at the designated facility.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: April 6, 2021

                                             **HONORABLE SARA LIOI**
                                             **UNITED STATES DISTRICT JUDGE**